IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRI-STATE GENERATION AND TRANSMISSION
ASSOCIATION, INC., a Colorado Nonprofit Cooperative Corporation,

    Plaintiff,

vs.                                                Civ. No. 13-00085 KG/LAM

NEW MEXICO PUBLIC REGULATION COMMISSION,
a New Mexico Agency, and its members, Commissioners
Patrick H. Lyons, Theresa Becenti-Aguilar, Ben L. Hall, Valerie Espinoza, and Karen L.
Montoya, acting in their official capacities,

    Defendants.

## ORDER

This matter comes before the Court upon Occidental Permian Ltd.'s Motion to Amend its Motion to Intervene (Motion to Amend), filed August 4, 2014. (Doc. 81). Occidental Permian Ltd. seeks to amend its motion to intervene for the sole purpose of including its proposed answer as required by Fed. R. Civ. P. 24(c). Plaintiff Tri-State Generation and Transmission Association, Inc. does not object to amending the motion to intervene to include the proposed answer, but it does note that Occidental Permian, Ltd. did not comply with D.N.M. LR-Cv 7.1(a) which requires a "recitation of a good-faith request for concurrence" before filing a motion. *See* (Doc. 83). In light of Occidental Permian Ltd.'s failure to comply with both Rule 24(c) and Local Rule 7.1(a), the Court admonishes Occidental Permian Ltd. to fully comply with both the Federal Rules of Civil Procedure and the Local Rules or else face possible future sanctions.

IT IS ORDERED that Occidental Permian Ltd.'s Motion to Amend its Motion to Intervene (Doc. 81) is granted.

_____
UNITED STATES DISTRICT JUDGE