IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRI-STATE GENERATION AND
TRANSMISSION ASSOCIATION,
INC., a Colorado Nonprofit
Cooperative Corporation,

       Plaintiff,

v.                              No. CIV-13-0085 KG/LAM

NEW MEXICO PUBLIC REGULATION
COMMISSION, a New Mexico Agency, and
its members, Commissioners Patrick H. Lyons,
Theresa Becenti-Aguilar, Ben L. Hall,
Valerie Espinoza, and Karen L. Montoya,
acting in their official capacities,

       Defendants.

## ORDER FOR PARTIES TO FILE A STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* upon a review of the docket and upon the parties' *Joint Status Report Regarding Status of Settlement Negotiations (Doc. 110)*, filed February 26, 2016, and stating that the parties' settlement negotiations are ongoing and asking for an additional 120 days to continue the negotiations.

**IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before August 12, 2016,* advising of the status of the case and whether the parties would like the Court to reset an Initial Scheduling Conference.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**